UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DATATERN, INC.<br><br>Plaintiff,<br><br>v.<br><br>INQUIRA INCORPORATED<br><br>Defendant. | Civil Action No. 11-cv-12027 |

### NOTICE OF PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), the plaintiff DataTern, Inc. hereby voluntarily dismisses this action against defendant InQuira Incorporated without prejudice.

                                          Respectfully submitted,

                                          DATATERN, INC.
                                          By its attorneys:

                                              /s/  Lee Carl Bromberg
                                          William A. Zucker (BBO# 541240)
                                          Lee Carl Bromberg (BBO# 058480)
                                          Erik Paul Belt (BBO# 558620)
                                          Daniel J. Kelly (BBO # 553926)
                                          Kara A. Lynch (BBO # 659920)
                                          McCARTER & ENGLISH, LLP
                                          265 Franklin Street
                                          Boston, Massachusetts 02110
                                          Tel: (617) 449-6500
                                          Fax: (617) 607-9200
                                          Email: wzucker@mccarter.com
                                          Email: lbromberg@mccarter.com
                                          Email: ebelt@mccarter.com
                                          Email: dkelly@mccarter.com
April 10, 2012                        Email: klynch@mccarter.com

Of Counsel:

Scott J. Nathan (BBO# 547278)
200 Homer Avenue
Ashland, MA 01721
Tel: (508) 881-0060
Email:sjnathan@mindspring.com

## **CERTIFICATE OF SERVICE**

I, Kara Lynch, hereby certify that on April 10, 2012, I filed this document through the Court's ECF filing system, which sends notice of this filing to counsel of record and all registered participants.

/s/ Kara Lynch
Kara Lynch